# Nebraska Court of Appeals Memorandum Opinions
## NOT Selected for Posting to Court Website

## (released March 14, 2023)

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

A-22-330          State v. Warburton

A-22-439,         State v. Brandenburg
  A-22-440

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.